UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DOMINIC JOSEPH WHARRAM,

    Plaintiff,

v.

EQUIFAX d/b/a EQUIFAX CREDIT
INFORMATION SERVICES, INC.,
TRANS UNION LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
CSC CREDIT SERVICES INC. and
WELLS FARGO BANK, NA,

    Defendants.
_____/

CASE NO. 02-CV-4853 MJD/JGL

STIPULATION AND ORDER
EXTENDING TIME TO ANSWER OR
OTHERWISE RESPOND

TO:   Chief Magistrate Judge Jonathon G. Lebedoff, United States Courthouse, Suite 202, 300 South Fourth Street, Minneapolis, MN 55415:

IT IS STIPULATED by the parties, through their undersigned attorneys, that the time within which Defendant Trans Union, LLC, shall answer or otherwise respond to Plaintiffs' Complaint be extended to January 23, 2003.

Dated: Jan. 8, 2003

Respectfully submitted,

_____
Michael T. Browne #293313
Meagher & Geer, P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402-3788
Office: (612) 338-0661
Fax: (612) 338-8384
E-Mail: mbrowne@meagher.com

FILED 1-10-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____

Received:    1/ 8/03 16:27;      6517705830 -> MEAGHER GEER ATTYS;   Page 2
01/08/2003  16:17    651770____0         THOMAS LYONS & ASSOC                    PAGE  02
Jan-08-03  04:05pm  From-                                        T-140  P.03/04  F-484

G. John Cento, Esq.
KATZ & KORIN, P.C.
10 West Market Street
4900 Key Tower
Suite 1120 Market Tower
Indianapolis, Indiana 46204
Office: (317) 464-1100
Fax: (317) 464-1111
E-Mail: gjcento@katzkorin.com

Counsel for Trans Union, LLC

Dated: 1/8/03

THOMAS J. LYONS, SR. #65699
Thomas Lyons & Associates, P.A
THOMAS J. LYONS, JR. #0249646
Consumer Justice Center, P.A.
342 East County Road D
Little Canada, MN 55117
Office: (651) 770-9707

**Attorney for Plaintiff**

**IT IS HEREBY ORDERED:**

    Based on the stipulation of the parties, Defendant Trans Union's time for answering or otherwise responding to the complaint is extended until January 23, 2003.

Dated: _Jan. 10, 2003_

                                    Honorable Jonathon G. Lebedoff
                                    United States Magistrate Judge

MTB/pab

/1016263